IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerry Randleman, et al.,                                          Case No. 3:06CV7049

        Plaintiff(s)

  v.                                                              ORDER

Fidelity National Title Insurance Company,

        Defendant(s)

The parties indicated to the Court that they have reached a settlement of all matters in dispute, it is hereby

ORDERED THAT:

1. Dismissal entry is to be filed by September 1, 2011; and

2. The parties having agreed thereto, any dispute re. terms of settlement is to be submitted to the undersigned District Judge for final adjudication.

So ordered.

/s/ James G. Carr
Sr. United States District Judge