# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **JERRY RANDLEMAN, et al.,** ) | **CASE NO. 3:06-CV-07049-JGC** |
| ) | |
| Plaintiffs, ) | **JUDGE JAMES G. CARR** |
| ) | |
| **v.** ) | **STIPULATION OF DISMISSAL, WITH** |
| ) | **PREJUDICE, OF ALL CLAIMS** |
| **FIDELITY NATIONAL TITLE** ) | **AGAINST FIDELITY NATIONAL TITLE** |
| **INSURANCE COMPANY,** ) | **INSURANCE COMPANY** |
| ) | |
| Defendant. ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiffs Jerry Randleman and Diane Randleman ("Plaintiffs") and defendant Fidelity National Title Insurance Company ("Fidelity"), by and through their respective counsel, hereby stipulate and agree that this matter is dismissed, with prejudice, as to Fidelity, with each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| s/ Ernest E. Vargo | s/ David D. Yeagley |
| Ernest E. Vargo (0030761) | Marvin L. Karp (0021944) |
| Michael E. Mumford (0073931) | David D. Yeagley (0042433) |
| BAKER & HOSTETLER LLP | ULMER & BERNE LLP |
| PNC Center | 1100 Skylight Tower |
| 1900 East Ninth Street, Suite 3200 | 1660 West 2nd Street, Suite 1100 |
| Cleveland, Ohio 44114 | Cleveland, Ohio 44113-1448 |
| (216) 621-0200 | (216) 583-7216 |
| (216) 696-0740 (FAX) | (216) 583-2717 (FAX) |
| | |
| s/ Michael C. Cohan | s/ Mark R. Koberna |
| Michael C. Cohan (0013542) | Mark R. Koberna (0038985) |
| Alex E. Goetsch (0065026) | Rick D. Sonkin (0038771) |
| CAVITCH, FAMILO, DURKIN & FRUTKIN | SONKIN & KOBERNA CO., L.P.A. |
| 20th Floor | 3401 Enterprise Parkway, Suite 400 |
| 1300 East Ninth Street | Cleveland, OH 44122 |
| Cleveland, Ohio 44114-2876 | (216) 861-6833 |
| (216) 621-7860 | (216) 781-6415 (FAX) |
| (216) 621-3415 (FAX) | |

**IT IS SO ORDERED.**

Dated: 8/22/2011

s/ James G. Carr
Judge James G. Carr
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2011 a copy of the foregoing was electronically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Case Filing system. Parties and their counsel may access this filing through the Court's Electronic Case Filing system.

s/ David D. Yeagley
One of the Attorneys for Plaintiffs

503705980

3